

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES, | ) | Case No.: CR-05-00702 JW |
| Plaintiff, | ) | |
| | ) | **ORDER MODIFYING PRETRIAL** |
| v. | ) | **RELEASE CONDITIONS** |
| JOHN TAMAGNI, | ) | |
| Defendant. | ) | |

Pretrial Services requested a pretrial release violation hearing for the defendant, John Tamagni. The hearing was held April 14, 2006. The defendant was present and represented by Eugene Martinez. The United States was represented by Thomas M. O'Connell and Jaime Carranza was present for Pretrial Services.

The residential drug treatment program, Center Point, reported that John Tamagni had left Center Point on April 10, 2006 in violation of his December 2, 2005 court ordered pretrial release.

The United States requested that the defendant's pretrial release be revoked and that he be remanded into custody for violating his release condition that he remain in the residential drug treatment program, Center Point, until further order of the court.

The defendant, through his counsel, requested that the defendant be allowed to participate in the New Life Recovery Center, Inc. Program in San Jose, CA.

Good cause appearing therefor, it is HEREBY ORDERED that the defendant be reinstated to pretrial release on the previously set conditions except as follows:

1. The defendant shall participate in the New Life Recovery Program center in San Jose, CA as a resident at the program.

2. The defendant shall comply with all of the conditions of the program including drug testing; participation in at least five "12 step" program meetings per week; participation in 3 in-house meetings per week and all other New Life Recovery Center requirements.

3. The New Life Recovery program shall cooperate with Pretrial Services and agree to provide information concerning Mr. Tamangi's progress and drug testing results to the United States Pretrial Services' Office, in particular, to Officer Jaime Carranza in San Jose, CA.

4. The defendant shall be responsible for paying all the costs associated with the New Life Recovery Center program including "12 step" meeting fees.

5. The defendant shall sign any and all releases necessary allowing New Life Recovery Centers Inc. to provide to Pretrial Services all drug testing results required by the program for the defendant and periodic updates on the defendant's progress and compliance.

6. The defendant's next court date is May 1, 2006 at 1:30pm before Judge Ware.

Date: 4/14/06

PATRICIA V. TRUMBULL
United States Magistrate Judge

copies mailed on 4/14/06 to:

_____
CORINNE LEW
Courtroom Deputy