1  Eugene J. Martinez
   Attorney at Law
2  146 Central Avenue
   Salinas, California 93901
3  (831) 754-1234
   State Bar No. 81209
4
   Attorney for Defendant
5  JOHN RICHARD TAMAGNI

FILED

MAY 03 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: CR 05 00702JW |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |
| vs. | |
| JOHN RICHARD TAMAGNI, | Hearing Date : May 1, 2006 |
| Defendant. | Time : 1:30 p.m. |

It is hereby stipulated by and between the parties that the status hearing, which is currently on calendar May 1, 2006, be vacated and re-scheduled to be heard on June 12, 2001, at 1:30 p.m.

The following factors necessitate the foregoing request :

The negotiations regarding resolution have been lengthy and delicate and have necessitated the gathering and exchange of information on the part of both parties. The defense and the government have had numerous discussions and a face-to-face meeting. Additional investigation and at least one additional meeting is required to finalize the resolution of this case.

1

Time should be excluded based upon the on-going and diligent efforts of the parties to resolve the case and in order to accommodate the parties in finalizing a plea agreement.

Assistant U.S. Attorney Thomas O'Connell has no objections to these new dates.

The defendant remains in a local drug rehabilitation facility pursuant to the order of the Magistrate and under the supervision of Pretrial Services.

Dated: April 28, 2006

EUGENE J. MARTINEZ
Attorney for Defendant Tamagni

Dated: April 28, 2006

THOMAS O'CONNELL, AUSA

## ORDER

IT IS SO ORDERED.

Dated: MAY 3, 2006

JAMES WARE, Judge
United States District Court

2