KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

THOMAS M. O'CONNELL
Assistant United States Attorney

   150 Almaden Blvd., 9th Floor
   San Jose, California 95113
   Telephone: (408) 535-5053
   Facsimile:  (408) 535-5066

Attorneys for the United States of America

**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN RICHARD TAMAGNI,<br><br>    Defendant. | No. CR-05- 00702<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO EXCLUDE TIME RE:<br>CONTINUED STATUS DATES** |

    Assistant United States Attorney Thomas O'Connell and defendant, John Tamagni, through his counsel, Eugene J. Martinez, stipulate and agree that the time granted by order of the court continuing the status dates in the above-captioned matter: from December 5, 2005, through December 19, 2005; from December 19, 2005 through January 9, 2006; from January 9, 2006 through February 13 2006; from February 13, 2006 through April 3, 2006; from April 3, 2006, through May 1, 2006; and from May 1, 2006 through June 12, 2006, is excludable under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

    The parties stipulate and agree that all prior continuances have been for the purpose of

1  affording all counsel reasonable time for effective preparation and in order to pursue plea
2  negotiations.
3        The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv),
4  the ends of justice have been served by the requested continuances and outweigh the best interest
5  of the defendant and the public in a speedy trial, because the failure to grant such continuances
6  would have unreasonably denied the defendant the time necessary for effective preparation,
7  taking into account the exercise of due diligence.

9  Dated: May 18, 2006                                            _____
10                                                                THOMAS O'CONNELL
                                                                  Assistant United States Attorney

12  Dated: May 18, 2006                                           _____
                                                                  EUGENE J. MARTINEZ, Esq.
13                                                                Counsel for Defendant

1
2
3  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
4
5  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
6  THOMAS M. O'CONNELL
   Assistant United States Attorney
7
        150 Almaden Blvd., 9th Floor
8       San Jose, California 95113
        Telephone: (408) 535-5053
9       Facsimile:  (408) 535-5066
10 Attorneys for the United States of America

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" signed Judge James Ware]*

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                         SAN JOSE DIVISION
14
15
16  UNITED STATES OF AMERICA,        )   No.  CR-05- 00702
                                     )
17             Plaintiff,            )   **[PROPOSED]** **ORDER EXCLUDING**
                                     )   **TIME RE: CONTINUED STATUS**
        v.                           )              **DATES**
18                                   )
    JOHN RICHARD TAMAGNI,            )
19                                   )
              Defendant.             )
20  _____  )
21
22
23      The parties having jointly stipulated and agreed that the time granted by order of the court

24 continuing the status dates in the above-captioned matter:  from December 5, 2005, through

25 December 19, 2005;  from December 19, 2005 through January 9, 2006; from  January 9, 2006

26 through February 13 2006;   from February 13, 2006 through April 3, 2006;  from April 3, 2006,

through May 1, 2006;  and from May 1, 2006  through June 12, 2006, is excludable under 18

3

1  U.S.C §§ 3161(h)(8)(A) and (B)(iv), in that the ends of justice have been served by the requested
2  continuances and outweigh the best interest of the defendant and the public in a speedy trial,
3  because the failure to grant such continuances would have unreasonably denied the defendant the
4  time necessary for effective preparation, taking into account the exercise of due diligence and
5  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that, for the reasons stated herein,
6  the period of time from December 5, 2005, through December 19, 2005; from December 19,
7  2005 through January 9, 2006; from  January 9, 2006 through February 13 2006;   from February
8  13, 2006 through April 3, 2006;  from April 3, 2006,  through May 1, 2006;  and from May 1,
9  2006  through June 12, 2006 shall be excluded from the period of time within which trial must
10 commence under the Speed Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

12 Dated: May 23, 2006

_____
JAMES WARE
United States District Judge

17 Distribute to:

Thomas O'Connell
19 Assistant United States Attorney
150 Almaden Blvd., Suite 900
20 San Jose, CA 95113
Counsel for the United States

Eugene J. Martinez, Esq.
22 146 Central Ave.
Salinas, CA 93901
23 Counsel for Defendant