Eugene J. Martinez
Attorney at Law
146 Central Avenue
Salinas, California 93901
(831) 754-1234
CA State Bar No. 81209

Attorney for defendant, John Richard Tamagni

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN RICHARD TAMAGNI <br><br> Defendant | Case No.: CR 05-00-702 JW <br><br> **REQUEST FOR CONTINUANCE OF SENTENCING HEARING AND STIPULATION OF THE PARTIES** <br><br> [Sentencing: 11/6/06 @ 1:30 p.m.] |

The defendant hereby moves the court for an order vacating the sentencing date of November 6, 2006 and further moves the court for an order setting February 12, 2007 as the new date for sentencing.

A continuance of the sentencing hearing is warranted for the following reasons:

A psychological evaluation has been conducted of the defendant by Dr. Thomas Reidy at the request of the defense but a report has not yet been received and will not be received in sufficient time for the United States Attorney and the United States Probation Officer to consider and respond to it prior to sentencing.

Defense Request to Exclude Time--Page 1

1  Additional time is necessary for the parties to finalize their efforts to comply with the
2  terms of the plea agreement.
3  The United States Attorney has no objection to this request for a continuance.
4  The defendant continues in treatment at an authorized residential drug treatment facility
5  under the supervision of Pretrial Services.
6  With the consent of the court, it is hereby stipulated by the parties that the current date of
7  November 6, 2006 for the sentencing hearing in this matter be vacated and that the date of
8  February 12, ~~2006~~ 2007 be ordered as the new date for sentencing.
9  It is further requested and stipulated by the parties that the date for submission of the final
10 draft of the Probation Officer's report be extended accordingly.
11
12 Dated: October 25, 2006
13
14                              Respectfully submitted:
15
16  Case 5:05-cr-00702-JW   Document 26   Filed 10/26/2006   Page 2 of 5  Eugene J. Martinez
17                              LAW OFFICES OF MARTINEZ AND ASSOCIATES
18
19 Dated: October 25, 2006       It is so stipulated:
20
21                              /S/
                                _____
22                              Thomas M. O'Connell
                                ASSISTANT UNITED STATES ATTORNEY
23
24
25

Defense Request to Exclude Time–Page 2

# AFFIDAVIT

I, Eugene J. Martinez, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the state of California and in the United States District Court for the Northern District of California.

2. I am the attorney for the defendant in the case of *The United States of America vs. John Richard Tamagni*, No. CR 05-00-702 JW, currently pending sentencing on November 6, 2006 in the United States District Court for the Northern District of California, Honorable James Ware.

3. Prior to the filing of federal charges in this matter the defense retained the services of Dr. Thomas Reidy, a licensed forensic psychologist, to conduct a psychological examination of the defendant.

4. Dr. Reidy conducted his examination of the defendant while the defendant was in custody on related state charges in the Monterey County Jail and prior to his being placed in federal custody in the present case.

5. As a result of important new information that was first disclosed during the recent interview of the defendant by the United States Probation Officer, defense counsel ordered a follow-up evaluation of the defendant by Dr. Reidy.

6. Dr. Reidy conducted his follow-up evaluation of the defendant last week, however his report has not yet been received.

7. I believe that it is necessary for the United States Probation Office and the United States Attorney to have the opportunity to review Dr. Reidy's report prior to the filing of the final draft of the probation report so they can consider the psychological report in formulating their ultimate and respective recommendations as to sentencing.

8. The parties also require additional time before sentencing in order to comply with the terms of the plea agreement in this case.

9. The defendant continues in treatment at an authorized residential drug rehabilitation program under strict conditions as imposed by the United States Magistrate and under the supervision of Pretrial Services.

10. The ends of justice would be served by continuing the sentencing in this matter.

11. Wherefore the defense respectfully requests that the sentencing hearing currently scheduled for November 6, 2006 be vacated, that sentencing be continued to February 12, ~~2006~~ 2007.

I hereby certify under penalty of perjury that the above is true and correct to the best of my knowledge.

Dated : October 25, 2006         Signed : /S/
                                          Eugene J. Martinez
                                          Attorney for Defendant

Case 5:05-cr-00702-JW   Document 26   Filed 10/26/2006   Page 4 of 5

Defense Request to Exclude Time–Page 4

Eugene J. Martinez
Attorney at Law
146 Central Avenue
Salinas, California 93901
(831) 754-1234
CA State Bar No. 81209

Attorney for defendant

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: CR. S-01-0178 WBS |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| JOHN RICHARD TAMAGNI | ) |
| Defendant | ) |

IT IS HEREBY ORDERED, that the that the current sentencing date of November 6, 2006 be vacated, that above matter be continued for sentencing to February 12, ~~2006~~ 2007 at 1:30 p.m. and that the deadline for filing of the final draft of the probation report be extended accordingly. This court further finds that interests of justice would be served thereby.

Dated : October 27, 2006    Signed : _____
                                     James Ware
                                     Judge of the District Court

Defense Request to Exclude Time–Page 5