**Eugene J. Martinez**
**Attorney for Defendant**

Eugene J. Martinez
Attorney at Law
146 Central Avenue
Salinas, California 93901
(831) 754-1234
CA State Bar No. 81209

Attorney for defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: ~~CR. S-01-0178 WBS~~ |
| Plaintiff, ) | CR05 702 JW |
| vs. ) | **ORDER** |
| JOHN RICHARD TAMAGNI ) | |
| Defendant ) | |

IT IS HEREBY ORDERED, that the terms and conditions of the defendant's Pretrial Release on bond be modified as follows :

1. The Defendant is to reside at the Greendale House, a Sober Living Environment Program, located 401 Greendale Way #1, in San Jose, California or a residential drug treatment program approved by Pre-Trial Services.

2. The defendant must submit to drug testing at the direction of Pre-Trial Services.

3. All other terms and conditions to remain as previously ordered

Dated: January 12, 2007        Signed: _____
                                        Patricial Trumbull

Defense Request to Modify            Page 4
Pretrial Release Conditions