Eugene J. Martinez
Attorney at Law
146 Central Avenue
Salinas, California 93901
(831) 754-1234
CA State Bar No. 81209

Attorney for defendant, John Richard Tamagni

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 05-00-702 JW |
| Plaintiff, | |
| vs. | **REQUEST FOR CONTINUANCE OF SENTENCING HEARING AND STIPULATION OF THE PARTIES** |
| JOHN RICHARD TAMAGNI | |
| Defendant | |
| | [Sentencing: 2/12/07 @ 1:30 p.m.] |

   The defendant hereby moves the court for an order vacating the sentencing date of February 12, 2007 and further moves the court for an order setting April 16, 2007 as the new date for sentencing.

   A continuance of the sentencing hearing is warranted for the following reasons:

   Additional time is necessary for the parties to finalize their efforts to comply with the terms of the plea agreement. Both parties have been diligent in this respect however it is the considered opinion of both parties that additional time is necessary and warranted.

   The United States Attorney has no objection to this request for a continuance.

Defense Request to Exclude Time–Page 1

The defendant will continue to reside at a sober living environment facility under the supervision of Pretrial Services until sentencing.

With the consent of the court, it is hereby stipulated by the parties that the current date of February 12, 2007 for the sentencing hearing in this matter be vacated and that the date of April 16, 2007 be ordered as the new date for sentencing.

It is further requested and stipulated by the parties that the date for submission of the final draft of the Probation Officer's report be extended accordingly.

Dated:  January 25, 2007

                                  Respectfully submitted:

                                       /S/
                              _____
                              **Eugene J. Martinez**
                              **LAW OFFICES OF MARTINEZ AND ASSOCIATES**

Dated: January __25___, 2007     It is so stipulated:

                              _____/S/_____

                              **Thomas M. O'Connell**
                              **ASSISTANT UNITED STATES ATTORNEY**

# AFFIDAVIT

I, Eugene J. Martinez, hereby declare as follows :

1. I am an attorney duly licensed to practice law in the state of California and in the United States District Court for the Northern District of California.

2. I am the attorney for the defendant in the case of *The United States of America vs. John Richard Tamagni*, No. CR 05-00-702 JW, currently pending sentencing on February 12, 2007 in the United States District Court for the Northern District of California, Honorable James Ware.

3. The parties also require additional time before sentencing in order to comply with the terms of the plea agreement in this case.

4. The defendant continues in treatment at an authorized Sober Living Environment program under strict conditions as imposed by the United States Magistrate and under the supervision of Pretrial Services.

5. The ends of justice would be served by continuing the sentencing in this matter.

6. Wherefore the defense respectfully requests that the sentencing hearing currently scheduled for February 12, 2007 be vacated, that sentencing be continued to April 16, 2007.

I hereby certify under penalty of perjury that the above is true and correct to the best of my knowledge.

Dated: January 23, 2007           Signed: _____
                                          **Eugene J. Martinez**
                                          **Attorney for Defendant**

Defense Request to Exclude Time–Page 3

Eugene J. Martinez
Attorney at Law
146 Central Avenue
Salinas, California 93901
(831) 754-1234
CA State Bar No. 81209

Attorney for defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: CR. S-01-0178 WBS |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| JOHN RICHARD TAMAGNI | ) | |
| Defendant | ) | |

　　IT IS HEREBY ORDERED, that the that the current sentencing date of February 12, 2007 be vacated, that above matter be continued for sentencing to April 16, 2007 at 1:30 p.m. and that the deadline for filing of the final draft of the probation report be extended accordingly. This court further finds that interests of justice would be served thereby.

Dated: January __26__, 2007        Signed: _____
　　　　　　　　　　　　　　　　　　　　　James Ware
　　　　　　　　　　　　　　　　　　　　　Judge of the District Court

Defense Request to Exclude Time–Page 4