04/19/2007 15:55   Received 8317517797    Apr 19 2007 02:49pm EJ MARTINEZ ATTORNEY    PAGE 05/05

1 | Eugene J. Martinez
Attorney at Law
2 | 146 Central Avenue
Salinas, California 93901
3 | (831) 754-1234
CA State Bar No. 81209
4 |
5 | Attorney for defendant

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR. 05-0702 JW (PVT) |
| Plaintiff, |  |
| vs. | ORDER |
| JOHN RICHARD TAMAGNI |  |
| Defendant |  |

IT IS HEREBY ORDERED, that the terms and conditions of the defendant's Pretrial Release on bond be modified as follows :

1. The Defendant is authorized to travel from San Jose, California on Friday, May 18, 2007 to Lake Tahoe where he will spend the weekend with his family.

2. The defendant will reside at 3671 Aspen Road in South Lake Tahoe during his visit.

3. The defendant is required to return to San Jose on Sunday, May 20, 2007.

3. All other terms and conditions to remain as previously ordered

Dated: May 1, 2007     Signed: /s/ Patricia V. Trumbull
                                PatricialTrumbull
                                Magistrate of the District Court

Defense Request to Modify       Page 4
Pretrial Release Conditions