# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>JOHN RICHARD TAMAGNI,<br>　　　　Defendant. | Case No. 05-cr-00702-JW-1<br><br>**ORDER CONSTRUING PROPOSED ORDER AS APPLICATION FOR ORDER EXONERATING BAIL AND AUTHORIZING RECONVEYANCE OF BONDED PROPERTY; AND DENYING APPLICATION WITHOUT PREJUDICE** |

Judgment was entered in this case on May 25, 2007. *See* Judgment, ECF 41. On August 7, 2015, Defendant's counsel submitted to the Court a one-page proposed "Order Exonerating Bail and Authorizing Reconveyance of Bonded Property." *See* Proposed Order, ECF 45. The Court construes the proposed order as an application for the relief recited in the proposed order. Because Defendant's counsel has not submitted a declaration explaining the basis for the application and demonstrating good cause for the requested relief, the application is DENIED WITHOUT PREJUDICE.

The Court notes that the Judgment states expressly that "Any appearance bond filed on behalf of the defendant is hereby exonerated." Judgment at 2, ECF 41. Any renewed application shall explain why that language is not sufficient to provide the relief requested.

**IT IS SO ORDERED.**

Dated: August 21, 2015

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge