United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>JOHN RICHARD TAMAGNI,<br>    Defendant. | Case No.  05-cr-00702-JW-1<br><br>**ORDER GRANTING MOTION TO EXONERATE PROPERTY BOND**<br>[RE: ECF 47] |

Defense counsel has filed a motion to exonerate the property bond that secured Defendant's pretrial release in this case. *See* Motion, ECF 47. In the motion and accompanying declaration, counsel explains that Defendant's parents, Richard and Pamela K. Tamagni, posted a property bond to secure Defendant's pretrial release during the pendency of the criminal case. *See* Motion, ECF 47; Decl. of Eugene J. Martinez ¶¶ 3-4, ECF 47-1. Counsel states that even though Defendant was sentenced in 2007, Mr. and Mrs. Tamagni's property remains encumbered by the bond.

Judgment was entered in this case on May 25, 2007. *See* Judgment, ECF 41. The Judgment stated expressly that "Any appearance bond filed on behalf of the defendant is hereby exonerated." Judgment at 2, ECF 41. Pursuant to the procedures outlined on this Court's website at http://cand.uscourts.gov/financefaq#reconveyance and in General Order 55, defense counsel should have submitted a copy of that judgment with a completed reconveyance form to the Court's Finance Department for signature. The Finance Department then should have returned the signed reconveyance form to Mr. and Mrs. Tamagni to record in the recorder's office where the property is located. That process appears to have broken down at some point. *See* Decl. of Eugene J. Martinez at ¶¶ 5-7, ECF 47-1.

1  The motion to exonerate the property bond is hereby GRANTED consistent with the
2  judgment entered on May 25, 2007.  Defense counsel may submit the present order to the Court's
3  Finance Department to start the process for reconveyance of the subject property to Mr. and Mrs.
4  Tamagani, consistent with the procedures set forth on this Court's website and in General Order
5  55.

6  **IT IS SO ORDERED.**

8  Dated:  September 4, 2015

_____
BETH LABSON FREEMAN
United States District Judge